CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:   (559) 442-1567

Attorney for Defendant
Richard L Calderon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#: 1:26-po-00043-SAB-1 |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD** |
| v. | |
| Richard L Calderon | |
| Defendant. | |

On 10/24/2025, Defendant Richard L Calderon was indicted on federal charges.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Richard L Calderon on 04/02/2026 on the said charges. Mr.Calderon was sentenced following his guilty plea on 04/09/2026. No appeal was filed and the date to file an appeal has passed. Mr.Calderon was not in custody at sentencing. The trial phase of Mr.Calderon's criminal case has, therefore, come to an end. Having completed his representation of Mr.. Calderon, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr.Calderon require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: May 11, 2026                    CROWN LAW FIRM
                                       /s/ Yan E. Shrayberman
                                       YAN E. SHRAYBERMAN
                                       Attorney for Defendant
                                       Richard L Calderon

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

IT IS SO ORDERED.

Dated:    **May 11, 2026**    _____

                              STANLEY A. BOONE
                              United States Magistrate Judge

MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND [PROPOSED ORDER]                    -2-